UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH ARTHUR NUNN,

Petitioner,

v.

STEFANIE KEENAN,

Respondent.

No. 2:24-cv-00676-EFB (HC)

ORDER

Petitioner is a state prisoner proceeding with counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. The petition was denied on September 29, 2025, and judgment was entered the same day. ECF Nos. 17, 18. Petitioner's counsel, Kristen J. Mason, moves for permission to withdraw as petitioner's counsel. ECF. No. 19. Counsel states that her agreement to represent petitioner with his habeas petition in this court has ended with the court's denial of the petition. *Id.*

Good cause shown, the motion (ECF No. 19) is GRANTED.

DATED: March 13, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1